No. 8950. ROGER PORTER, PLAINTIFF AND APPELLANT v. PAUL C. KNAPP and R. E. O'CONNELL, County Commissioners of Lewis and Clark County, Montana, and J. A. SULLIVAN, as Clerk of the Board of County Commissioners, DEFENDANTS AND RESPONDENTS.

Decided January 4, 1950.

*Mr. Stanley M. Doyle* of Polson for Appellant and *Mr. E. K. Cheadle* and *Melvin E. Magnuson,* County Attorney of Lewis and Clark County, both of Helena, for the Respondents.

Per Curiam.

The plaintiff, Roger Porter, by and through his attorney of record, Stanley M. Doyle, Esq., having this day filed herein a praecipe for an order dismissing the above numbered and entitled cause of action, on the ground and for the reason that the defendants, and all of them, have cancelled and withdrawn their proposed emergency appropriation, being the subject of said action, and the court having duly considered such praecipe, it is ordered that this action be dismissed forthwith.